**Electronically Filed
Supreme Court
SCWC-13-0003500
26-SEP-2016
09:33 AM**

SCWC-13-0003500

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

SAMANTHA THERESALYN MEDEIROS,
Respondent/Plaintiff-Appellant,

vs.

BRADLEY KONG CHOY,
Petitioner/Defendant-Appellee.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0003500; CIV. NO. 11-1-2004)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellee's Application for Writ of Certiorari filed on August 12, 2016, is hereby accepted and will be scheduled for oral argument. The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawaiʻi, September 26, 2016.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

